UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EL DORADO IRRIGATION DISTRICT,

        Plaintiff,

    v.

AIR-02-GEST, CORPORATION,

        Defendant.

NO. CIV.S-02-02603 FCD GGH

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

        Plaintiff filed this action on December 5, 2002. On January 31, 2003, plaintiff filed a return of service executed as to the only defendant. On March 3, 2003, plaintiff requested default to be entered against the same defendant, and default was entered in accordance with F.R.C.P 55(a) on March 11, 2003.

    As of May 19, 2005 no further action has been taken by plaintiff for final resolution of this action. Accordingly, the court makes the following orders:

///

1. Plaintiff's counsel is ordered to show cause why plaintiff's case should not be dismissed for failure to prosecute.

2. Plaintiff's counsel shall file a response to the order to show cause on or before June 3, 2005.

3. A hearing on this order to show cause is set for Friday, June 10, 2005, 2005 at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 19, 2005.

                                              /s/ Frank C. Damrell Jr.
                                              FRANK C. DAMRELL, Jr.
                                              UNITED STATES DISTRICT JUDGE