1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11  EL DORADO IRRIGATION DISTRICT,
            Plaintiff,                    No. Civ. S- 02-2603 FCD/GGH
12
13      v.
14                                        **ORDER**
    AIR-02GEST CORPORATION,
15          Defendant.
16  _____/

17      On May 19, 2005, plaintiff's counsel was ordered to show cause why the above action
18  should not be dismissed for failure to prosecute.  The court ordered counsel to file his response to
19  the Order to Show Cause on or before June 3, 2005, and appear at a hearing set for June 10, 2005
20  at 10:00 a.m.
21      Plaintiff's counsel filed a response and accompanying declarations on June 3, 2005.
22  Plaintiff's have informed the court that the delay in litigating this matter was due to a delay in
23  obtaining information to quantify the damages and a change in counsel.   Plaintiff requests
24  additional time to resolve the matter but does not indicate a specific time frame.
25      Accordingly, the court makes the following orders:
26      1.   The order to show cause is DISCHARGED and the hearing set for June 10, 2005
27           is VACATED;
28  ///

2. The matter is set for a status hearing on September 2, 2005 at 10:00 a.m. Plaintiff's counsel shall file a Status Report on or before August 23, 2005. If plaintiff files a motion for default judgment prior to the status conference this date will be vacated.

IT IS SO ORDERED.

DATED: June 6, 2005.

/s/ Frank C. Damrell, Jr.
FRANK C. DAMRELL, JR.
United States District Judge