UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EL DORADO IRRIGATION DISTRICT,

        Plaintiff,

   v.

AIR-02-GEST, CORPORATION,

        Defendant.

NO. CIV.S-02-02603 FCD GGH

<u>ORDER TO SHOW CAUSE</u>

----oo0oo----

    Plaintiff filed this action on December 5, 2002. On January 31, 2003, plaintiff filed a return of service executed as to the only defendant. On March 3, 2003, plaintiff requested default to be entered against the same defendant, and default was entered in accordance with F.R.C.P 55(a) on March 11, 2003.

    On May 19, 2005 the court issued an Order to Show Cause ("OSC") to plaintiff's counsel for failure to prosecute this action. On June 2, 2005, plaintiff filed a response to the OSC and the court issued a subsequent order on June 6, 2005 discharging the OSC and instructing plaintiff to bring a default judgment motion in accordance with the Local Rule 72-302(c)(19).

1      On September 2, 2005 an application was filed and noticed
2 improperly before the district judge.  A minute order issued on
3 September 6, 2005 vacating the status conference and instructing
4 plaintiff's counsel to re-notice the application before the
5 assigned magistrate judge.
6      As of February 15, 2006, plaintiff's counsel has made no
7 further attempts to resolve this action.  Accordingly, the court
8 makes the following orders:
9      1.   Plaintiff's counsel is ordered to show cause why he
10 should not be sanctioned in the amount of $150.00 for failing to
11 comply with the court's June 6, 2005 order and to why plaintiff's
12 case should not be dismissed for failure to prosecute.
13      2.   Plaintiff's counsel shall file a response to the order
14 to show cause on or before March 1, 2006.
15      3.   A hearing on this order to show cause is set for
16 Friday, March 10, 2006, at 10:00 a.m.
17      IT IS SO ORDERED.
18 DATED: February 16, 2006

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, Jr.
                              UNITED STATES DISTRICT JUDGE