IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EL DORADO IRRIGATION DISTRICT,

    Plaintiff,                                CIV. NO. S- 02-2603 FCD GGH

    vs.

AIR-02-GEST CORPORATION,

    Defendant.                              ORDER

         Plaintiff's motion for default judgment presently is calendared for hearing on March 30, 2006. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

         Accordingly, IT IS ORDERED that:

         1. The March 30, 2006 hearing on plaintiff's motion for default judgment, filed February 22, 2006, is vacated; and

         2. The motion is submitted on the record.

DATED: 3/27/06

                                                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH:076:EID2603.vac.wpd