**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814**

**EL DORADO IRRIGATION DISTRICT**

                                      **DEFAULT JUDGMENT**

    **v.**

                                    **Case No. CIV S-02-2603 FCD GGH**

**AIR-02-GEST CORPORATION**

_____

        **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against Defendant **Air-02-Gest Corporation** in the amount of $545,426.13.

July 10, 2006

                                 Marianne Matherly, Acting Clerk

                                 By:  _/s/ M. Krueger_____
                                     M. Krueger, Deputy Clerk